UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF VIRGINIA

|  |  |  |
|---|---|---|
| IN RE: | * | |
| Wesley Comer & Christina Laws | * | Chapter 13 |
| | * | Case Number: 19-70593 |
| Debtors | | |

|  |  |  |
|---|---|---|
| Wesley Comer & Christina Laws | * | |
| Plaintiff | * | |
| v. | * | Adversary Proceeding Number: <u>19-07030</u> |
| Carilion Clinic | * | |
| Defendant | * | |

REQUEST FOR ENTRY OF DEFAULT

Plaintiff hereby applies to the Clerk of this Court to prepare and note on the record in this matter an ENTRY OF DEFAULT based on the attached affidavit and on the following grounds:

1. The Plaintiff filed a Complaint for violation of the automatic stay on August 29, 2019.

2. The Court issued a summons on August 30, 2019.

3. A copy of that summons and the complaint was properly served upon the Defendant on August 30, 2019.

4. The Defendant was required to file an answer within 30 days of the date of issuance of the summons.

5. No Defendant has filed an answer, motion or any responsive pleading by the required date.

6. The Defendant has not been granted a request for an extension of time to file a responsive pleading.

7. The Defendant is not a member of the armed forces.

8. The Defendant is not an infant or incompetent.

Respectfully Submitted,

WESLEY COMER & CHRISTINA LAWS
By: /s/ Heather R. Parsons
Counsel for Plaintiff

Heather R. Parsons, Esquire
GILES & LAMBERT, P.C.
Post Office Box 2780
Roanoke, VA  24001
(540) 981-9000
hparsons@gileslambert.com